Order issued December 14, 2012

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-12-01510-CR

 ex parte Michael T. Roberts

 On Appeal from the 422nd Judicial District Court
 Kaufman County, Texas
 Trial Court Cause No. 86890-422

 ORDER

 The Court ORDERS the Kaufman County District Court to file, within
TEN DAYS of the date of this order, a supplemental clerk's record
containing a copy of the indictment filed in this case.
 We DIRECT the Clerk to send a copy of this order, by electronic
transmission, to the Kaufman County District Clerk and to counsel for all
parties.

 /s/ MOLLY FRANCIS
 PRESIDING JUSTICE